# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Magistrate Case No. ___'21 MJ01461___ |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section |
| Michael ALVARADO, | ) | 1324(a)(2)(B)(iii)- |
| | ) | Bringing in Illegal Alien(s) |
| Defendant. | ) | Without Presentation |
| | ) | |

The undersigned complainant being duly sworn states:

On or about April 16, 2021, within the Southern District of California, Defendant Michael ALVARADO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Matilde RODRIGUEZ-Aguilar, Evelyn SALAS-Gonzalez, and Juan Armando GORGONIO-Leyva, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of April 2021.

_____
HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Gabriela Nicasio, declare under penalty of perjury the following to be true and correct:

The complainant states that Matilde RODRIGUEZ-Aguilar, Evelyn SALAS-Gonzalez, and Juan Armando GORGONIO-Leyva are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 16, 2021, at approximately 7:20 A.M., Michael ALVARADO (Defendant), a United States citizen, made application for admission into the United States from Mexico at the Otay Mesa, California Port of Entry via the Trusted Traveler Commuter lanes. Defendant was the driver of a 2015 Dodge Challenger RT bearing California License plates. Upon inspection before the CBP Officer, Defendant presented his valid Global Entry Trusted Traveler Card and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer conducted a cursory inspection of the vehicle's trunk discovering four individuals concealed inside. The CBP Officer radioed for assistance and Defendant was secured. Defendant was escorted to a secured office and the vehicle was driven to secondary for a further inspection.

In secondary, responding CBP Officers assisted four individuals from within the vehicle's trunk.   The individuals were later identified as Matilde RODRIGUEZ-Aguilar, Evelyn SALAS-Gonzalez, Juan Armando GORGONIO-Leyva and A.M.R., all determined to be citizens of Mexico without documents to enter, pass through or reside in the United States. RODRIGUEZ-Aguilar, SALAS-Gonzalez and GORGONIO-Leyva are now being held as Material Witnesses.

On April 16, 2021, at approximately 9:24 A.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted knowledge of the alien smuggling act.  Defendant admitted he was taking the concealed person(s) to the Walmart store off Palm Avenue in San Ysidro, California. Defendant stated he was to leave the vehicle unlocked and return a couple hours later whereupon his smuggling payment of $1,000 US dollars would be inside the vehicle.

Probable Cause Statement Continued on Page 2

1

Continuation of Probable Cause Statement
RE: U.S. v. Michael ALVARADO

During a video-recorded interview, Material Witnesses admitted they are citizens of
Mexico with no legal documents to enter the United States. Material Witnesses
stated family members made smuggling arrangements for them with unknown
persons in Mexico for smuggling fees of $15,000 US dollars and undisclosed
amounts. Material Witnesses stated they were going to various locations in
California.

Executed on this 16th day of April, 2021 at 6:00 P.M.

Gabriela Nicasio / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2)
pages, I find probable cause to believe that the Defendant named herein committed
the offense on April 16, 2021, in violation of Title 8, United States Code, Section
1324.

UNITED STATES MAGISTRATE JUDGE
Hon. ANDREW G. SCHOPLER

**8:11 AM, Apr 17, 2021**

DATE / TIME

2